**Grant ANDERSON, Petitioner–
Appellant,**

v.

**A.F. BEELER, Respondent–Appellee.**

No. 03–6703.

United States Court of Appeals,
Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Grant Anderson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Grant Anderson, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accord-

ingly, we affirm on the reasoning of the district court. *See Anderson v. Beeler,* No. CA–02–837–5–BO (E.D.N.C. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*